377 A.2d 1004

Wagner et vir. v. Oneida Motor Freight, Inc., et al., Appellants.

Argued June 15, 1977.  T. Mundhenk, with him Jeffrey L. Naftulin, for appellants;  Eleanor F. Itskowitz, with her Michael J. Pepe, Jr., for appellees.

Order affirmed.